85 A.3d 965

IN THE MATTER OF PAULINE E. SICA, AN ATTORNEY
AT LAW (ATTORNEY NO. 001531993).

March 12, 2014.

**ORDER**

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **PAULINE E. SICA** of **ST. AUGUSTINE, FLORIDA,** who was admitted to the bar of this State in 1993, and good cause appearing;

It is ORDERED that **PAULINE E. SICA** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **PAULINE E. SICA** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **PAULINE E. SICA** comply with *Rule* 1:20–20 dealing with suspended attorneys.